IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-00-5371 REC |
| | ) | |
| | ) | ORDER DIRECTING PARTIES TO APPEAR ON MONDAY, OCTOBER 31, 2005 FOR STATUS CONFERENCE RE NINTH CIRCUIT REMAND AND DIRECTING FEDERAL DEFENDER TO BE PREPARED TO APPOINT COUNSEL FOR DEFENDANT |
| Plaintiff, | ) | |
| vs. | ) | |
| THOMAS DAVID HAGBERG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Ninth Circuit has affirmed defendant's conviction and further ruled that "the sentence enhancement issues are REMANDED under *United States v. Ameline* for limited reconsideration."

Pursuant to the Ninth Circuit's remand, the parties are ordered to appear on Monday, October 31, 2005 at 10:00 a.m. for further status conference.

Defendant represented himself during proceedings before this court. In the event that defendant will not exercise his right to self-representation for the limited remand, the Federal

1

1  Defender is directed to appear on October 31, 2005 at 10:00 a.m.
2  for the purpose of appointing counsel to represent defendant.
3       IT IS SO ORDERED.
4  **Dated:  September 12, 2005**            /s/ Robert E. Coyle
   668554                                 UNITED STATES DISTRICT JUDGE

2