IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>THOMAS DAVID HAGBERG,<br><br>　　　　　　　Defendant. | No. CR-F-00-5371 REC<br><br>ORDER VACATING STATUS CONFERENCE SET FOR OCTOBER 31, 2005 |

　　On October 18, 2005, the Ninth Circuit filed an order recalling the mandate issued in this case.  Consequently, the status conference set for October 31, 2005 for further proceedings in connection with the Ninth Circuit's remand is vacated.

　　IT IS SO ORDERED.

**Dated:　October 25, 2005**　　　　　　　　　　**/s/ Robert E. Coyle**
668554　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1