IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-F-00-5371 REC |
|---|---|---|
| | ) | |
| | ) | ORDER DIRECTING PARTIES TO |
| | ) | APPEAR ON MONDAY, JANUARY |
| Plaintiff, | ) | 23, 2006 AT 10:00 A.M. FOR |
| | ) | STATUS CONFERENCE RE NINTH |
| vs. | ) | CIRCUIT REMAND |
| | ) | |
| | ) | |
| THOMAS DAVID HAGBERG, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The Ninth Circuit has affirmed defendant's conviction and further ruled that "the sentence enhancement issues are REMANDED under *United States v. Ameline* for limited reconsideration."

Pursuant to the Ninth Circuit's remand, the parties are ordered to appear on Monday, January 23, 2006 at 10:00 a.m. for further status conference.

Defendant represented himself during proceedings before this court.  However, Assistant Federal Defender Ann Voris filed a notice of appearance as counsel for defendant on September 14, 2005.  On September 6, 2005, defendant, proceeding <u>in pro per</u>,

1

1 filed a motion for a new trial.  The status of defendant's motion
2 for a new trial also will be discussed at the status conference.
3 IT IS SO ORDERED.
4 **Dated:  December 1, 2005**              /s/ Robert E. Coyle
  668554                                  UNITED STATES DISTRICT JUDGE

2