UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | CR F 00-5371 REC |
| | ) | |
| Plaintiff, | ) | NEW CASE NUMBER: |
| | ) | |
| v. | ) | CR F-00-5371 OWW |
| | ) | |
| THOMAS DAVID HAGBERG | ) | |
| | ) | |
| | ) | **ORDER REASSIGNING CASE** |
| Defendant. | ) | |
| | ) | |
| | ) | |

This matter is reassigned from the docket of United States District Judge Robert E. Coyle to the docket of United States District Judge Oliver W. Wanger.

To prevent a delay in documents being received by the correct judicial officer, the new case number should now be used on all documents.

**CR F-00-5371 OWW**

Status Conference re Ninth Circuit Remand is RESET from 9:00 before Judge Coyle on Monday March 20, 2006 to 9:00 AM before Judge Wanger on Monday March 20, 2006.


DATED: March 16, 2006

/s/ ROBERT E. COYLE
ROBERT E. COYLE
UNITED STATES DISTRICT JUDGE

1