KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
THOMAS HAGBERG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS HAGBERG et al.<br><br>Defendant. | CASE NO. CR F-00-5371 OWW<br><br>STIPULATION TO CONTINUE SENTENCING DATE AND REQUEST FOR ORDER APPROVING NEW DATE<br><br>CURRENT DATE: 5/8/06<br>NEW DATE: 6/5/06 |

It is hereby stipulated by and between counsel for the government and counsel for defendant that the sentencing of THOMAS HAGBERG be continued from 5/8/06 to 6/5/06 as new counsel has been appointed who needs adequate time to prepare for sentencing.

DATED: 5/5/06           /s/Katherine Hart
                        KATHERINE HART, Attorney for
                        Defendant THOMAS HAGBERG

DATED: 5/5/06           /s/Virna Santos
                        VIRNA SANTOS, Assistant U.S.
                        Attorney

# ORDER

Counsel having stipulated to continue the sentencing to June 5, 2006, it is hereby ordered that the sentencing previously set for May 8, 2006 at 9:00 a.m. be reset to June 5, 2006 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   May 7, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE