Name and address
Eugene Patterson Harris, Esq.
Geragos & Geragos
350 So. Grand St, 39th Floor
Los Angeles, CA 90071
213-625-3900

FILED

JUN - 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff(s) <br> v. <br> THOMAS DAVID HAGBERG <br> Defendant(s). | CASE NUMBER <br> 1:00-CR-05371-OWW-1 <br><br> REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

THOMAS D. HAGBERG ____   ☐ Plaintiff  ☑ Defendant  ☐ Other _____
           *Name of Party*

hereby request the Court approve the substitution of ___Eugene P. Harris, Esq. - and - Geragos & Geragos___
                                                                         *New Attorney*
as attorney of record in place and stead of ___Ann Voris, Deputy Federal Defender___
                                                      *Present Attorney*

Dated ___Jun 5, 1006___      _____
                              *Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated ___June 5 '06___       _____
                              *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated ___Jun 5, 2006___      _____
                              *Signature of New Attorney*
                              ___214545___
                              *State Bar Number*

If party requesting to appear Pro Se:

Dated ___6-5-06___           _____
                              *Signature of Requesting Party*

---

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Name and address
Eugene Pat Harris, Esq.
Geragos & Geragos
350 So. Grand St, 39th Floor
Los Angeles, CA 90071
213-625-3900

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 1:00-CR-05371-OWW-1 |
| v. | |
| THOMAS DAVID HAGBERG | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

__THOMAS D. HAGBERG__   ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

to substitute __Eugene P. Harris, Esq. - Geragos & Geragos__ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__350 So. Grand Ave., 39th Floor, Los Angeles, CA 90071__
*Street Address*

__Los Angeles, CA 90071__    __harris@geragos.com__
*City, State, Zip*              *E-Mail Address*

__213-625-3900__    __213-625-1600__    __214545__
*Telephone Number*   *Fax Number*      *State Bar Number*

as attorney of record in place and stead of __Ann Voris, Deputy Federal Defender__
                                              *Present Attorney*

is hereby   ☑ GRANTED   ☐ DENIED

Dated __6-7-06__                    ___[signature]___
                                    U. S. District Judge/U.S. Magistrate Judge

ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY