GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
39th Floor
350 S. Grand Avenue
Los Angeles, California 90071-3480
Telephone (213) 625-3900
Facsimile (213) 625-1600

EUGENE P. HARRIS   Bar No. 214535
Attorney for Defendant - Thomas David Hagberg

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS DAVID HAGBERG,

    Defendant.

Case No.: 1:00CR05371 REC

ORDER RE RELEASE OF DEFENDANT TO FRESNO County Mental Hospital for Mental Evaluation

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Fresno County Sheriff's Department transport Defendant Thomas David Hagberg to the Fresno County Mental Services for a psychological evaluation and report pursuant to 18 U.S.C. Section 4244(b).

IT IS SO ORDERED.

Dated: October 10, 2006        /s/ OLIVER W. WANGER
                                            Hon. Oliver W. Wanger