FILED
DEC 08 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | CR F-00-5371 OWW |
| ) | |
| v. ) | |
| ) | |
| THOMAS DAVID HAGBERG, ) | |
| ) | |
| Defendant ) | ORDER FOR RELEASE |

The defendant having been credited for time served, he is hereby released from the custody of the United States Marshal to supervised release as of 12/08/2006.

Dated: 12-8-06

_____
OLIVER W. WANGER
United States District Judge

1